OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

Tammi M. Hellwig
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436
www.scb.uscourts.gov

June 2, 2010

Michael Lee Murdock, Jr.
107 Drucker Ridge
Anderson, SC 29625

Case Number: 10-02986-hb

Dear Debtor:

On 4/27/2010, the Court mailed you a notice of the Meeting of Creditors. This is a reminder that your Meeting of Creditors will be held on 6/16/2010 at 10:00 a.m. at Donald Stuart Russell Federal Courthouse, formerly, United States Courthouse, 201 Magnolia Street, Spartanburg, South Carolina. You will be required to present photo identification for entry into the building.

At the meeting, you will be required to present photo identification and your social security card. You will be put under oath and the trustee will ask you questions regarding your assets and debts, income and expenses, and employment and family obligations. It is extremely important that you respond truthfully and provide the trustee with all information that he or she requests. Your creditors are also entitled to appear at the meeting and ask you questions regarding your debts, assets, and budget.

**If you fail to attend this meeting, your case may be dismissed.**

Clerk of Court
United States Bankruptcy Court

By: _Novetta Henton_
Novetta Henton, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201-2423

B-305:03/21/08